FILED
April 01, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002528935

3

BARRY H. SPITZER, State Bar #161525
LAW OFFICE OF BARRY H. SPITZER
1007 7th Street, Suite 200
Sacramento, California 95814

Telephone: (916) 442-9002
Facsimile: (916) 442-9003

Attorneys for Chapter 7 Trustee
Frederick J. Lucksinger

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>JOSEPH CLARE BAGINSKI and<br>JENNIFER JAYE BAGINSKI,<br><br>Debtors. | CASE NO. 03-31030-A-7<br><br>D.C. NO. BHS-5<br><br>**VERIFIED MOTION BY CHAPTER 7 TRUSTEE TO CLOSE CASE WITH REQUEST TO RETAIN JURISDICTION OVER AN ASSET**<br><br>DATE: May 10, 2010<br>TIME: 9:00 a.m.<br>DEPT: A; COURTROOM 28<br>Hon. Michael S. McManus |

Duly appointed Chapter 7 trustee, Frederick J. Lucksinger ("the Trustee"), seeks to close this bankruptcy estate, reserving the right to retain jurisdiction over the judgment the estate obtained against Charles Donahue. The Trustee respectfully represents:

1. This Chapter 7 case was commenced on October 9, 2003. On February 3, 2004, the Debtors received their discharge.

2. The estate includes an asset that has not been fully collected, namely a judgment from this Court obtained against Charles Donahue, Adversary Number 04-2296. The estate reached an agreement for a payment of $69,000.00 from Charles Donahue for a fraudulent transfer and obtained $32,000.00 as a result of a lien placed on a parcel of real property. On July 11, 2007, this Court issued a judgment against Charles Donahue in favor of the estate in the amount of $37,000.00 plus interest. To date, the estate has collected approximately $1,615.52 through a wage garnishment. However, Mr. Donahue

simultaneously had another wage garnishment for a domestic support obligation that had priority. Later, Mr. Donahue was terminated from his employment and has not obtained new employment. In the Trustee's investigation, Mr. Donahue does not have any other assets to attach.

3. The estate is currently holding approximately $115,693.86 in funds. The Trustee desires to administer the funds on hand and then close the estate, reserving the right to administer the judgment against Charles Donahue. 11 U.S.C. section 554(c) and (d).

WHEREFORE, the Trustee prays, that the court approve his administering the funds on hand and closing the estate, reserving the right to administer the judgment against Charles Donahue. 11 U.S.C. section 554(c) and (d).

DATED: March 30, 2010

LAW OFFICE OF BARRY H. SPITZER

By: *(signature)*
BARRY H. SPITZER
Attorneys for
FREDERICK J. LUCKSINGER,
Chapter 7 Trustee

VERIFICATION

I, Frederick J. Lucksinger, hereby declare:

1. I am the duly appointed Chapter 7 Trustee in the above-entitled estate.

2. I have personal knowledge of the facts stated herein and if called as a witness I could and would testify competently thereto.

3. I believe it is in the best interest of the estate to close this case, reserving the right to reopen the case to administer the judgment against Charles Donahue. After an investigation of the assets of Mr. Donahue, I do not believe he has any assets to attach to satisfy the judgment. A prior wage garnishment ended after Mr. Donahue lost his employment.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed March 30, 2010 at Roseville, California.

_____
Frederick J. Lucksinger, Chapter 7 Trustee